**United States District Court**
For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LATROYA SIMPSON,

10              Plaintiff,                          No. C 12-04928 JSW

11      v.

12   DOUBLETREE MANAGEMENT,              **ORDER (1) STRIKING MOTION**
                                         **TO DISMISS AND (2) SETTING**
13              Defendant.               **HEARING AND BRIEFING**
                                         **SCHEDULE ON MOTION TO**
14   _____/    **TRANSFER**

15

16          On September 28, 2012, Defendant filed a motion to transfer venue.  Pursuant to

17   Northern District Civil Local Rule 7-3(a), Plaintiff's opposition was due to be filed by no later

18   than October 12, 2012.  Without prior leave of Court, Plaintiff failed to file her opposition by

19   this deadline.  Instead, on October 15, 2012, the parties filed a stipulation to continue the

20   hearing date to a date which is already closed and requested an extension for the briefing

21   schedule without showing good cause.  The Court HEREBY SETS the hearing on Defendants'

22   motion to transfer to January 11, 2013 at 9:00 a.m.  Plaintiff shall file her opposition, if any, by

23   no later than October 23, 2012.  Defendant may file a reply, if any, by no later than October 31,

24   2012.

25          On September 28, 2012, Defendant also filed a motion to dismiss or, in the alternative,

26   to strike which exceeds this Court's page limits.  *See* Standing Order ¶ 6.  The Court HEREBY

27   STRIKES the motion for failure to comply with the Court's page limits.  This Order is without

28   prejudice to Defendant re-filing this motion in compliance with the Court' Standing Order or

seeking prior leave of Court to exceed the page limit.  If Defendant re-files this motion by

October 26, 2012, Defendant may notice it to be heard on January 11, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 17, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2